**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X CASE NO. 1-15-44135-ess

IN RE:

**Sterling & Seventh LLC**

        Debtors.

---------------------------------------------------------X CHAPTER 11

## NOTICE OF APPEARANCE

       Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Dahiya Law Offices LLC through its undersigned member, hereby gives notice of appearance in this case on behalf of Emmons Avenue LLC derivatively, Metropolitan Estate, Inc., Albert Wilk and Alex Dikman (collectively "Creditors") and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) pursuant to the Bankruptcy Code or their authorized agents, be given to Creditors' attorney at the following address:

Karamvir Dahiya, Esq.
75 Maiden Lane Suit 506
New York New York 10038
Tel: 212 766 8000
Fax: 212 766 8001

       Creditors, hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed (by mail, facsimile, telephone or otherwise). The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

Dated: New York New York
November 25, 2015

                                                              /s/Karamvir Dahiya
                                              _____
                                                 Karamvir Dahiya, (KD 9738)
                                               Counsel for Emmons Avenue LLC
                                               derivatively, Metropolitan Estate, Inc.,
                                                 Albert Wilk, and Alex Dikman