UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE:                                                      Chapter 11
                                                                 Case No. 15-44136 (ESS)

      The Vermeil LLC,
                              Debtor.

----------------------------------------------------------------X

## ORDER LIFTING STAY AS TO UNIT 1E

Upon ~~Notice of~~ ***the*** Motion dated December 16, 2015, ***and the Supplemental Motion dated March 22, 2016,*** ~~seeking to lift stay~~ filed by Jacob Rosenberg~~, a secured creditor, and upon the opposition thereto dated January 5, 2016 and upon the hearings before the Court held on January 7, 2016, and the Movant's~~ seeking to lift the stay ~~of~~ ***with respect to*** both Units 1D and 1E at 129-135 Sterling Place, Brooklyn, New York ("Real Property"), ~~and upon the rescheduling of the Motion to May 9, 2016, and upon the Notice of Motion and Supplemental Motion of Jacob Rosenberg dated March 22, 2016, and the opposition thereto of the Debtor dated May 9, 2016, and the opposition of the Board of Managers of Vermeil thereto dated May 2, 2016~~ and upon the hearings before the Court and the appearances of the Office of the United States Trustee, by Nazar Khodorovsky, the Debtor, by Barry Haberman, Esq., the Board of Managers of Vermeil Condominium, by Stephen Orel, Esq., 925 Dean Realty LLC, by Gerald Jacobs, Esq., and the Movant, Jacob Rosenberg, by Leo Fox, Esq., and the Debtor having consented to the relief sought in the Movant's motion to the extent of consenting to the lifting of ***the automatic*** stay with respect to Apartment 1E ~~with the parties reserving their rights to seek to lift stay as to Apartment 1D~~, it is

1

**ORDERED**, that the automatic stay be and hereby is ~~lifted~~ ***modified to permit the Movant to pursue his rights under applicable law*** as to Unit 1E ~~at the Real Property~~ located at 129-135 Sterling Place, Brooklyn, New York ~~without prejudice to the Movant's rights to seek a lifting of the stay with respect to Apartment 1D at the Real Property and the Debtor's rights to assert its objections thereto~~.



**Dated: Brooklyn, New York**
**May 13, 2016**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**