# Shapiro
## & Associates, PLLC
### Attorneys at Law

June 6, 2016

Hon. Elizabeth S. Stong, U.S.B.J.
U.S. Bankruptcy Court, E.D.N.Y.
271-C Cadman Plaza East
Brooklyn, New York 11201-1800

  Re: In Re The Vermeil LLC
     U.S. Bankruptcy Court-E.D.N.Y.
     <u>Case No. 15-44136-ess (Chapter 11)</u>

Dear Judge Stong:

  We are Special Counsel to the David J. Doyaga, Sr., who is the Trustee in a separate, but related, Chapter 7 matter before the Court, In Re Jacob Pinson and Chana Pinson, Case No. 14-40212-ess.

  According to an Affidavit by Jacob Pinson, dated November 16, 2015, in this Chapter 11 proceeding, Doc. 9-3, Mr. Pinson is the managing member of Debtor The Vermeil LLC herein. However, Mr. Pinson failed to identify The Vermeil LLC as an asset in Schedule D to his Voluntary Petition, dated January 21, 2014.

  Hence, in reference to the recent "Notice of Settlement," dated May 31, 2016, by Attorney Leo Fox for Jacob Rosenberg, in connection with the "Motion to modify the automatic stay with respect to Unit 1D located at 129-135 Sterling Place, Brooklyn, New York," we strenuously object to any modification of the automatic stay that may dissipate any assets of Debtor The Vermeil LLC, and <u>we respectfully ask Your Honor to hold these proceedings in abeyance</u> to afford us with the opportunity to investigate this matter further before formally addressing this matter by objection or otherwise.

  We thank Your Honor for the Court's attention and consideration herein. Should you have any questions, please do not hesitate to contact the undersigned.

                 Respectfully submitted,

                 Franklin K. Chiu, Esq.

CC: ALL PARTIES VIA ECF

---

3145 Coney Island Avenue  2291 7th Avenue  4 Washington Street
Brooklyn, NY 11235  New York, NY 10030  Jerusalem, Israel
    franklin@shapirolawyers.net
  Tel (212) 606-2000  Fax (347) 462-9905