UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

IN RE:　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-44136 (ESS)

　　　　The Vermeil LLC,
　　　　　　　　　　　　　Debtor.

---------------------------------------------------------------X

**ORDER LIFTING STAY AS TO UNIT 1D**

　　　　Upon the Motion dated December 16, 2015 and the Supplemental Motion dated March 22, 2016, filed by Jacob Rosenberg, seeking to lift the stay with respect to both Units 1D and 1E at 129-135 Sterling Place, Brooklyn, New York ("Real Property"), and the opposition of the Board of Managers of Vermeil thereto dated January 5, 2016 and May 2, 2016, and of the Debtor dated January 6 and May 9,2016, and upon the hearings before the Court on May 9, 2016 and the appearances of the Office of the United States Trustee, by Nazar Khodorovsky, the Debtor, by Barry Haberman, Esq., the Board of Managers of Vermeil Condominium, by Stephen Orel, Esq., 925 Dean Realty LLC, by Gerald Jacobs, Esq., and the Movant, Jacob Rosenberg, by Leo Fox, Esq., and upon the Order of this Court dated May 13, 2016 modifying the stay as to Unit 1E on consent of the Debtor, and upon the hearings held on May 19, 2016, and the appearances of the above parties by their attorneys, it is

**ORDERED**, that the automatic stay be and hereby is modified to permit the Movant to pursue his rights under applicable law limited to, and if appropriate under State Law, until entry of a Judgment of Foreclosure and Sale as to Unit 1D at the Real Property located at 129-135 Sterling Place, Brooklyn, New York; *and it is further*

*ORDERED, that pursuant to Bankruptcy Rule 4001(a)(3), this Order is stayed until August 4, 2016.*

Dated: Brooklyn, New York
July 5, 2016

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**