# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE VERMEIL LLC, | CHAPTER 11<br>Case No. 15-44136-ess<br>(Cases Jointly Administered) |
| In re:<br><br>STERLING & SEVENTH LLC, | CHAPTER 11<br>Case No. 15-44135-ess |

## NOTICE OF MOTION FOR ENTRY OF AN ORDER
## APPROVING THE SALE OF DEBTOR'S REAL PROPERTY
## KNOWN AS 133 STERLING PLACE, UNIT 1D, BROOKLYN, NEW YORK 11217
## AND 133 STERLING PLACE, UNIT 1E, BROOKLYN, NEW YORK 11217

**PLEASE TAKE NOTICE** that the Debtor will move before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on April 26, 2018 at 10:00 a.m. in the United States Bankruptcy Court, Courtroom 3585, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, or as soon thereafter as counsel may be heard, seeking an Order pursuant to U.S.C. §§ 105(a) and 363 (the "Bankruptcy Code") and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), (1) Approving the sale of the Debtor's Real Property known as 133 Sterling Place, Unit 1D, Brooklyn, New York 11217 and 133 Sterling Place, Unit 1E, Brooklyn, New York 11217 and (2) for such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that response or objections, if any, to the Motion

1

must (i) be in writing, (ii) conform to the Bankruptcy Rules, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party, and state with specificity the basis of the objections(s) and the specific grounds therefore, and (iv) be filed with the Court electronically, with a courtesy copy to the Honorable Elizabeth S. Stong's chambers, and (v) simultaneously served upon Barry D. Haberman Esq., Counsel for the Debtor, at 254 South Main Street, #404, New City, New York 10956, so as to be received at least seven (7) days before the return date of the within Motion.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and received by the Court, the Court may grant the relief requested herein.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court or by posting of such adjourned date on the Court's calendar on the aforementioned date.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: New City, New York
       March 26, 2018

    Yours, etc.

    /s/ Barry D. Haberman
    BARRY D. HABERMAN, ESQ.
    Attorney for Debtors
    254 South Main Street, #404
    New City, New York 10956
    845-638-4294
    bdhlaw@aol.com