# EXHIBIT 2

# BANKRUPTCY & PUBLIC ADMINISTRATOR DIRECTED AUCTIONS

## March 15th & 21st

**8 Properties Throughout Brooklyn, Queens & Nassau County, NY + Waterbury, CT**

### THURSDAY, MARCH 15th • 11:00 AM



**#18-260**
**BELLMORE**
**HANDYMAN SPECIAL**

PUBLIC ADMINISTRATOR DIRECTED AUCTION
In Re: The Estate of Lawrence Estrin

**3004 Bellmore Avenue**
**Bellmore, NY**
- 4 Bedrooms & 2.5 Baths
- $290,000 Suggested Opening Bid

*Jeffrey E. DeLuca, Nassau County Public Administrator*
*Mahon, Mahon, Kerins & O'Brien, Attorneys for the Public Administrator*



**#18-261**
**HEMPSTEAD**
**POTENTIAL MOTHER/DAUGHTER**

BANKRUPTCY AUCTION • US Bankruptcy EDNY
In Re: Claude Bretoux • Case # 17-44796 (CEC)

**20 Harriman Avenue**
**Hempstead, NY**
- 4 Bedrooms & 3 Baths
- Finished Basement w/Kitchen

*Robert J. Musso, Esq., Chapter 7 Trustee*
*Rosenberg, Musso & Weiner LLP Attorneys for the Chapter 7 Trustee*



**#18-262**
**MERRICK**
**HANDYMAN SPECIAL**

PUBLIC ADMINISTRATOR DIRECTED AUCTION
In Re: The Estate of Michael Ghelber

**2856 Beach Drive**
**Merrick, NY**
- 3 Bedrooms & 1.5 Baths
- $210,000 Suggested Opening Bid

*Jeffrey E. DeLuca, Nassau County Public Administrator*
*Mahon, Mahon, Kerins & O'Brien, Attorneys for the Public Administrator*



**#18-263**
**SEAFORD**
**HANDYMAN SPECIAL/ KNOCKDOWN**

PUBLIC ADMINISTRATOR DIRECTED AUCTION
In Re: The Estate of Joseph W. Honor

**3875 South Street**
**Seaford, NY**
- 6,098 Sq Ft Lot
- $120,000 Suggested Opening Bid

*Jeffrey E. DeLuca, Nassau County Public Administrator*
*Mahon, Mahon, Kerins & O'Brien, Attorneys for the Public Administrator*

### WEDNESDAY, MARCH 21st • 11:00 AM



**#18-264**
**WOODSIDE**
**LUXURY CONDOMINIUM "WOODSIDE TERRACE"**

BANKRUPTCY AUCTION • US Bankruptcy Court EDNY
In Re: Luis Francisco Guaman • Case # 17-44574-ess

**63-14 Queens Boulevard, Unit 3R**
**Woodside, NY**
- 3 Bedrooms, 2 Baths, Balcony & Laundry
- Luxury Building – Newer Construction

  

*Lori Lapin Jones, Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Attorneys for the Chapter 7 Trustee*

## 516.349.7022
## MaltzAuctions.com



**#18-265-66**
**PARK SLOPE**
**2 LUXURY DUPLEX CONDOS**
*Spectacular Corner Building in Park Slope*

   



**#18-267**
**WATERBURY, CT**
**2 BEDROOM CONDO**

BANKRUPTCY AUCTION • US Bankruptcy Court EDNY
In Re: The Vermeil LLC • Case#15-44136-ess & Sterling & Seventh LLC • Case# 15-44135-ess (Cases Jointly Administered)

**133 Sterling Place, Unit 1D & 1E**
**Park Slope, Brooklyn, NY**
- 1,904 & 1,927 Sq Ft Duplex Condos
- 6 Blocks to Barclays/Atlantic Terminal
- 1.5 Blocks to 2, 3, 4, 5, B & Q Trains
- Rooftop Community Space

*Barry D. Haberman, Esq.,*
*Attorney for the Chapter 11 Debtor and Debtor in Possession*

BANKRUPTCY AUCTION • US Bankruptcy EDNY
In Re: Marie Saintiche a/k/a Marie Derisse • Case # 15-74778 (REG)

**101 Madeline Avenue, Unit #13**
**Waterbury, CT**
- 2 Bedrooms & 1.5 Baths
- 664 Sq Ft Basement
- Private Community

*R. Kenneth Barnard, Esq., Chapter 7 Trustee*
*LaMonica Herbst & Maniscalco, LLP, Attorneys for the Chapter 7 Trustee*

BANKRUPTCY & PUBLIC ADMINISTRATOR DIRECTED

# AUCTIONS
## March 15th & 21st

**8 Properties Throughout Brooklyn, Queens & Nassau County, NY + Waterbury, CT**



**MALTZ AUCTIONS**
AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
*AUCTIONS...Your Liquidity Solution*

**39 Windsor Place, Islandia, NY 11722**
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed NY & CT Real Estate Broker
Phone (516) 349-7022  Fax (516) 349-0105

FIRST CLASS MAIL
TIME SENSITIVE
DATED MATERIAL

FIRST-CLASS
PRST. U.S. POSTAGE
**PAID**
GREENVILLE, SC
PERMIT No. 1460



PARK SLOPE  WOODSIDE
HEMPSTEAD  MERRICK
BELLMORE  SEAFORD  WATERBURY

**VIEWINGS:** Please visit www.MaltzAuctions.com for viewing schedule.

**TERMS OF SALE:** Sold free and clear of all monetary liens. Please download the complete Terms & Conditions of Sale and/or Bidding Procedures.

**BUYER BROKER PARTICIPATION:** A commission may be paid to any properly licensed broker who registers a successful buyer in accordance with the buyer broker guidelines. Please visit www.MaltzAuctions.com for properties offering broker participation and percentage offered, not offered on all properties.

**ATTENTION** All Bankruptcy Trustees, Brokers, Builders, Developers, Executors, Lenders & Motivated Owners...
*Would You Like a Definitive Date Your Property will Sell?*
*Call Today to Consign Your Real Estate in our*
**April 26th Multi-Property Event!**

## THURSDAY, MARCH 15th AT 11:00 AM
### Maltz Auction Gallery, 39 Windsor Place, Islandia, NY 11722

| ID# | DESCRIPTION | LOCATION | DEPOSIT |
|---|---|---|---|
| #18-260 | Handyman Special | 3004 Bellmore Avenue, Bellmore, NY 11710 | $29,000 *Cashier's Check* |
| #18-261 | Potential Mother/Daughter | 20 Harriman Avenue, Hempstead, NY 11550 | $20,000 *Cashier's Check* |
| #18-262 | Handyman Special | 2856 Beach Drive, Merrick, NY 11566 | $21,000 *Cashier's Check* |
| #18-263 | Handyman Special/Knockdown | 3875 South Street, Seaford, NY 11783 | $20,000 *Cashier's Check* |

## WEDNESDAY, MARCH 21st AT 11:00 AM
### Sheraton LaGuardia East Hotel, 135-20 39th Avenue, Flushing, NY 11354

| ID# | DESCRIPTION | LOCATION | DEPOSIT |
|---|---|---|---|
| #18-264 | 3 BR Condominium w/ Balcony | 63-14 Queens Blvd, Unit 3R, Woodside, Queens, NY 11377 | $50,000 *Cashier's Check* |
| #18-265 | Luxury Duplex Condominium | 133 Sterling Place, Unit 1D, Park Slope, Brooklyn, NY 11217 | $80,000 *Cashier's Check* |
| #18-266 | Luxury Duplex Condominium | 133 Sterling Place, Unit 1E, Park Slope, Brooklyn, NY 11217 | $80,000 *Cashier's Check* |
| #18-267 | 2 Bedroom Condominium | 101 Madeline Avenue, Unit #13, Waterbury, CT 06708 | $15,000 *Cashier's Check* |

**Plus 100-150 Bank Repossessed & Consignment Vehicles Sell Tri-Weekly in Islandia, NY**

The Real Properties are being sold "AS IS" "WHERE IS", "WITH ALL FAULTS", without any representations, covenants, guarantees or warranties of any kind or nature, and free and clear of any liens, claims, or encumbrances of whatever kind or natu. with such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing, and the sale of the Real Property is subject to, among other things: (a) any state of facts that an accurate survey may sho (b) any covenants, restrictions and easements of record; (c) any state of facts a physical inspection may show; (d) any building or zoning ordinances or other applicable municipal regulations and violations thereof; and (e) environmental conditions. By delivering th respective Deposits, all Bidders acknowledge that they have had the opportunity to review and inspect the Real Property, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigatio and inspections of the Real Property in making their bids. Neither Maltz, the Trustee, the Seller, the Chapter 11 Debtor & Debtor in Possession or their Attorneys make any representations or warranties with respect to the permissible uses of the Real Property includir but not limited to, the zoning of the Real Property. All Bidders acknowledge that they have conducted their own due diligence in connection with the Real Property and are not relying on any information provided by Maltz, the Trustee, the Seller, the Chapter Debtor & Debtor in Possession or their Attorneys. The Real Property will be sold subject to any and all violations or conditions requiring corrective action. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most the information provided has been obtained from third party sources and has not been independently verified. It is the responsibility of the Buyer to determine the accuracy of all components of the sale and Property. Each potential bidder is responsible for conducti his or her own independent inspections, investigations, inquiries, and due diligence concerning the Property, including without limitation, environmental and physical condition of the Property. All prospective bidders are urged to conduct their own due diligence pri to participating in the Public Auction. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.